IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EDWARD MILLER,

        Defendant.

8:19CR287

**AMENDED ORDER**

IT IS ORDERED:

1) Defendant's Initial Appearance and Arraignment will be held at 1:40 p.m. on March 25, 2020 before the undersigned magistrate judge.

2) Defendant, defense counsel, and counsel for the government shall attend.

3) The defendant will appear by videoconference. At the time of the hearing, the defendant must be connected to the videoconference bridge assigned to Judge Zwart using one of the following methods:

- **From a computer:**

    a. Using **Internet Explorer 11**, connect to https://aomobile-west.uc.uscourts.gov/call/3000000.

    b. When prompted, download the Cisco Jabber Guest add-on.

    c. Then enter meeting room number **3111041#**.

- **From a tablet or smartphone:**

    a. Download the free **Guest Access-Cisco Jabber** app from the App store.

    b. At the time of the meeting, copy the following URL address https://aomobile-west.uc.uscourts.gov/call/3000000

    c. In the Jabber Guest app, click the [-] icon

        d.     Tap **Enter your calling URL.** In the screen that opens, paste the copied URL address.

        e.     Tap **Call**.

        e.     Using the keypad within the app, enter meeting room number **3111041#**. Note: if the keypad is not visible or disappears, tap the middle of the screen and it will appear in a menu bar at the bottom.

- **From a video conference unit:**

        a.     Dial the IP Address: 63.241.40.88 or the ISDN number 858-812-0972,

        b.     When prompted, dial meeting room number **3111041#**.

4)     Counsel for the parties, supervising officers, and any proposed third-party custodians may attend the hearing by either:

        a.     Videoconference using the instructions outlined in Paragraph 3,

                or

        b.     Telephone by calling **858-812-0972**, and when prompted, dialing meeting room number **3111041#**.

5)     Any party who intends to call a witness (other than a supervising officer or a proposed third-party custodian) must promptly contact the chambers of the undersigned magistrate judge to set a telephone conference regarding the issues to be addressed by the witness' testimony and the method of appearance to be used by that witness.

        BY THE COURT:

        *s/ Cheryl R. Zwart*
        United States Magistrate Judge